■ In the Matter of Tracy Ryder, as Executrix of Mary Bosma, Deceased, Petitioner, v Richard F. Daines, M.D., Com-

missioner, New York State Department of Health, et al., Respondents. [870 NYS2d 208]—

Present—Centra, J.P., Fahey, Peradotto, Green and Gorski, JJ.